UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Yimi Renan Reyes-Zuniga,<br><br>    Defendant. | Case No. 3:23-mj-71841 MAG<br><br>Charging District's Case Number:<br><br>19-cr-463 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Colorado. The defendant may need an interpreter for this language: Spanish.

The defendant is:

( ) will obtain an attorney.

(X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, Yimi Renan Reyes-Zuniga, forthwith, together with a copy of this order, to the charging district of Colorado and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 12/6/2023

_____
ALEX G. TSE
United States Magistrate Judge